JOHN MCKINNEY, Plaintiff and Appellant, *v.* JOHN J. WHITE et al., Defendants; HERBERT H. VREELAND et al., as Executors of GEORGE GREEN, Deceased, Impleaded with Others, Respondents.

*McKinney* v. *White*, 15 App. Div. 423, affirmed.
(Argued February 9, 1900; decided March 6, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1897, affirming a judgment in favor of defendants entered on the report of a referee.

*D. M. Porter* for appellant.

*H. W. Simpson* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, LANDON and WERNER, JJ. Dissent: O'BRIEN and CULLEN, JJ.

---

JOHN F. GUENTHER, Individually, and as Executor of HELEN GUENTHER, Deceased, Respondent, *v.* FRANK J. AMSDEN et al., Appellants.

*Guenther* v. *Amsden*, 16 App. Div. 607, affirmed.
(Argued February 13, 1900; decided March 6, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 19, 1897, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court, and an order denying a motion for a new trial.

*H. H. Woodward* for appellants.

*Edwin M'Knight* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.